```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

UNITED STATES OF AMERICA,   *

vs.                         *

LORENZO HICKSON,            *         CASE NO. 4:13-CR-24 (CDL)

    Defendant.              *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 6, 2024 is hereby approved, adopted, and made the Order of the Court. The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 14th day of May, 2024.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA